UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60105-CIV-SEITZ/O'SULLIVAN

YOGENDRA EDDIE KOMAL,
    Plaintiff,
v.
HENNELLY TIRE & AUTO, INC.,
D/b/a THE TIRE CHOICE 7 TOTAL
CAR CARE, a Florida Corporation,
    Defendant.
_____/

## ORDER

THIS MATTER came before the undersigned on the Court's Order Denying Motion for Reconsideration and Referring Settlements to Magistrate for Fairness Hearing (DE# 32, 3/24/09). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Wednesday, April 8, 2009**, at **11:00 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **24th** day of March, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All counsel of record